IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00780-WJM-MJW

CYNTHIA MITCHELL,

Plaintiff(s),

v.

MICHAEL MANZER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the Plaintiff's Unopposed Motion to Vacate Final Pretrial Conference on Tuesday, April 16, 2013 (Docket No. 39) is GRANTED, and the Final Pretrial Conference set for April 16, 2013, at 9:00 a.m. is VACATED.

Date: April 15, 2013