IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-0780-WJM-MJW

CYNTHIA MITCHELL,

    Plaintiff,

v.

MICHAEL MANZER,

    Defendant.

**ORDER ADOPTING MARCH 4, 2013 RECOMMENDATION OF MAGISTRATE JUDGE,
GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

    This matter is before the Court on the March 4, 2013 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 34) that Plaintiff's Motion for Entry of Default Judgment Against Defendant Michael Manzer, or In the Alternative, Plaintiff's Motion for Extension of Time to File Expert Witness Disclosures (ECF No. 31) be granted to the extent that a default judgment be entered against the defendant, Michael Manzer.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 34, at 9.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P.

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 34) is ADOPTED in its entirety;

(2) Plaintiff's Motion for Entry of Default Judgment Against Defendant Michael Manzer (ECF No. 31) is GRANTED;

(3) The Clerk of the Court is DIRECTED to enter Default Judgment against defendant, Michael Manzer.

Dated this 1st day of May, 2013.

BY THE COURT:

William J. Martínez
United States District Judge