IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Civil Action No. 12-cv-00780-WJM-MJW

CYNTHIA MITCHELL,

    Plaintiff,

v.

MICHAEL MANZER,

    Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that counsel for the Plaintiff shall retain custody of her original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 12 day of March 2014.

BY THE COURT:

_____
William J. Martinez, Judge

_____　　　　_____n/a_____
Attorney for Plaintiff　　　　　　　　　　Attorney for Defendants